**Order entered April 28, 2020**



In The
## Court of Appeals
## Fifth District of Texas at Dallas

No. 05-19-01583-CV

**DALLAS MEDICAL CENTER, LLC, ET AL, Appellants**

**V.**

**MOLINA HEALTHCARE OF TEXAS, INC., Appellee**

**On Appeal from the 193rd Judicial District Court
Dallas County, Texas
Trial Court Cause No. DC-18-06920**

## ORDER

Before the Court is court reporter Vielica Dobbins's April 24, 2020 letter informing the Court appellants have not made arrangements to pay for the reporter's record. Accordingly, we **ORDER** appellants to file, no later than May 8, 2020, written verification they have paid or made arrangements to pay for the record. We caution appellants that failure to comply may result in the appeal being submitted without the reporter's record. *See* TEX. R. APP. P. 37.3(c).

/s/     BILL WHITEHILL
        JUSTICE